# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARILYN MCDANIEL**                                                                 **PLAINTIFF**

v.                                    **Case No. 4:12-cv-00751 KGB**

**DENNIS MILLIGAN,**                                                                **DEFENDANT**
**Individually, and in his Official Capacity**

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 39). The parties state that they have resolved this action without the need for further judicial involvement and request that the Court dismiss with prejudice this case. Accordingly, the Court dismisses with prejudice this action.

SO ORDERED this 18th day of June, 2015.

_____
Kristine G. Baker
United States District Judge